```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   9/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT WEEKES, Individually, and On Behalf of
All Others Similarly Situated,

                              Plaintiff,

                -against-

UNCOMMON JAMES, LLC,

                              Defendant.

---

1:22-cv-00938-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have

reached a settlement in principle [ECF No. 16].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the parties are unable to memorialize their settlement

in writing and as long as the application to restore the action is made by October 1, 2022.  If no

such application is made by that date, today's dismissal of the action is with prejudice. *See Muze,*

*Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

    Defendant's motion to transfer this action to the Middle District of Tennessee pursuant to

28 U.S.C. § 1404(a) [ECF No. 10] is DENIED as moot.


**SO ORDERED.**

**Date:  September 1, 2022**                    *Mary Kay Vyskocil*
**        New York, NY**                    **MARY KAY VYSKOCIL**
                                     **United States District Judge**